IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CATHY ANN MCCURDY,

    Plaintiff,

v.                                                          No. 13-CV-890 JCH/CG

CAROLYN W. COLVYN, Acting
Commissioner of the Social Security
Administration,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on September 19, 2014. (Doc. 25). In the PFRD, the Magistrate Judge recommended that Plaintiff's *Motion to Reverse and/or Remand Administrative Agency Decision*, (Doc. 21), be granted and that this case be remanded to the Commissioner for further proceedings consistent with the PFRD. The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 25 at 21). No objections have been filed and the deadline of October 6, 2014 has passed. The recommendations of the Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion to Reverse and/or Remand Administrative Agency Decision*, (Doc. 21), be **GRANTED** and that this case be **REMANDED** to the Commissioner for further proceedings.

                                                                          _____
                                                                          THE HONORABLE JUDITH C. HERRERA
                                                                          UNITED STATES DISTRICT JUDGE